**Date signed April 12, 2005**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

|   |   |   |
|---|---|---|
| IN RE: | : |   |
|   | : |   |
| PAULA MATTHEWS | : | Case No. 04-25176PM |
|   | : | Chapter 13 |
| Debtor | : |   |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : |   |

**MEMORANDUM UPON DEBTOR'S
ORAL MOTION TO DISMISS CASE**

    This case came before the court for a hearing on confirmation of Debtor's Chapter 13 Plan.  In the course of the hearing, Debtor's counsel made an oral motion to dismiss the case.  Because this case has previously been converted from a case under Chapter 7, the Debtor does not have an absolute right to dismiss this case.  In the extraordinary circumstances presented, the court will grant the relief in part, but condition the Order of Dismissal as follows:

    Prior to entry of the dismissal, the Debtor must pay to the Chapter 7 Trustee, Steven H. Greenfeld, the sum of $968.82 as required by the court's Order of October 15, 2004.  Upon certification of such payment, the court will enter an Order dismissing this case with a bar to Debtor's refiling another bankruptcy case for 180 days.

cc:
Paula Matthews, 12102 Old Ford Road, Fort Washington, MD 20744
Lawrence F. Regan, Jr., Esq., 17 West Jefferson Street, Rockville, MD 20850
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Steven H. Greenfeld, Esq., 7101 Wisconsin Avenue, Suite 1200, Bethesda, MD 20814

**End of Memorandum**
